ORDERED that W. GUSTAVE McGEORGE, be and he is SUSPENDED from the Bar of this Commonwealth for a period of one (1) year and one day, retroactive to March 1, 1996, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

**No. 909, Disciplinary Docket No. 2—Supreme Court.**

Supreme Court of Pennsylvania.

Jan. 22, 1997.

PETITION FOR REINSTATEMENT

*ORDER*

PER CURIAM:

AND NOW, this 22nd day of January, 1997, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated November 27, 1996, the Petition for Reinstatement is denied, and the requirements of Disciplinary Board Rule § 89.272(c) are hereby waived.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.